UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-00589 |
| GARY STANCIL, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**APPLICATION TO RETAIN STINSON LEONARD STREET LLP
AS COUNSEL FOR CHAPTER 7 TRUSTEE PURSUANT TO
11 U.S.C. § 327 AND NOTICE OF OPPORTUNITY TO OBJECT**

TO THE HONORABLE S. MARTIN TEEL, JR., BANKRUPTCY JUDGE:

COMES NOW, Marc E. Albert, the duly appointed and qualified trustee of the Chapter 7 bankruptcy estate of Gary Stancil ("Debtor"), by and through his proposed undersigned attorneys, Stinson Leonard Street LLP, and in support of his application to authorize retention of counsel pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1. The Debtor filed a voluntary Chapter 7 petition on November 14, 2016.

2. Marc E. Albert is the duly appointed Trustee ("Trustee") for the Debtor's Chapter 7 estate.

3. The Trustee seeks to retain Tracey M. Ohm, Joshua Cox, and the law firm of Stinson Leonard Street LLP ("SLS" or "Attorneys") as his legal counsel.

4. The Trustee has selected the Attorneys because the Attorneys have considerable experience in matters for which they are to be retained, and because the Trustee believes that the Attorneys are well qualified to provide representation in all proceedings arising in connection with the above-captioned matter.

5. The professional services that the Attorneys are to render in connection with the above-captioned matter include:

    a) preparing any necessary applications, motions, objections, memoranda, briefs, notices, answers, orders, reports or other legal papers;

    b) appearing on the Trustee's behalf in any proceeding;

    c) handling any contested matters or Adversary Proceedings as they arise; and

    d) performing other legal services for the Trustee which may be necessary or desirable in connection with the above-captioned matter.

6. The Attorneys intend to apply to this Court periodically for approval of compensation, computed in the first instance at their applicable current hourly billing rates. Partner rates range from $315/hr. to $675/hr. Non-partner attorney rates range from $215/hr. to $360/hr. SLS's rates change in the fourth quarter of each year, and will change on December 1, 2016.

7. To the best of the Trustee's knowledge, except as stated below and in the Verified Statement filed herewith, none of the Attorneys has any connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

8. Debtor has yet to file his Schedules and Statements, but has filed a creditor matrix with the Court.

9. The Debtor has listed Wells Fargo as a creditor on his creditor matrix. SLS does work for Wells Fargo Bank, NA in other offices. SLS will limit its representation of the Trustee to matters not adverse to Wells Fargo and limit its representation of Wells Fargo to matters not adverse to the Trustee.

10. SLS periodically represents the Trustee in his capacity as Chapter 7 and Chapter 11 trustee in proceedings before this Court and others.

11. SLS represented Trustee in his capacity as Chapter 7 trustee in a bankruptcy case filed by the Debtor previously before this Court in *In re Gary Stancil*, Case No. 11-00747.

12. All payments to the Attorneys will be pursuant to 11 U.S.C. § 330 and an application on notice to all appropriate parties.

13. Other than as set forth above and may be stated in the Verified Statement filed herewith, the Attorneys represent no interest adverse to the Trustee, the Debtor, or the estate in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estate and creditors generally.

## NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION TO RETAIN STINSON LEONARD STREET LLP AS COUNSEL FOR THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 327

Marc E. Albert, Chapter 7 Trustee for the estate of Gary Stancil, has filed an application seeking to retain Stinson Leonard Street LLP as counsel for the Chapter 7 Trustee.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then:

on or before **fourteen (14) days** from the date of this application, you or your attorney must file with the Court a written objection to the application, together with the proposed order required by Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.  You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Tracey M. Ohm
Stinson Leonard Street LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006

3

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order approving the application. The Court may approve the application without a hearing if the objection filed states inadequate grounds for denial of the application. Parties in interest with questions may contact the undersigned.

    WHEREFORE, Marc E. Albert, Trustee, respectfully requests that this Court enter an Order:

    a)    pursuant to 11 U.S.C. § 327(a), authorizing him to employ the Attorneys to provide representation in connection with the matters described hereinabove; and

    b)    granting such other and further relief as this Court may deem just and equitable.

Dated: November 18, 2016      Respectfully submitted,

| | |
|---|---|
| /s/ Marc E. Albert | /s/ Tracey M. Ohm |
| Marc E. Albert, Trustee | Tracey M. Ohm, No. 982727 |
| *(via hard copy signature)* | Joshua W. Cox, No. 1033283 |
| STINSON LEONARD STREET LLP | STINSON LEONARD STREET LLP |
| 1775 Pennsylvania Ave., N.W., Suite 800 | 1775 Pennsylvania Ave., N.W., Suite 800 |
| Washington, DC 20006 | Washington, DC 20006 |
| Tel. (202) 785-9100 | Tel. (202) 785-9100 |
| Fax (202) 785-9163 | Fax (202) 785-9163 |
| *Trustee for the estate of Gary Stancil* | tracey.ohm@stinson.com |
| | joshua.cox@stinson.com |
| | *Proposed Attorneys for Marc E. Albert, Trustee* |

## CERTIFICATE OF SERVICE

    I hereby certify that I did serve a copy of the foregoing Application to Retain Stinson Leonard Street LLP as Counsel For Chapter 7 Trustee Pursuant to 11 U.S.C. § 327 and Notice of Opportunity to Object, Verified Statement, and Proposed Order on November 18, 2016, electronically via the Court's ECF system, and by first class mail, postage prepaid, upon the following:

| | |
|---|---|
| Office of the U.S. Trustee | Claude Roxborough |
| 115 S. Union Street, Suite 210 | Fowler & Roxborough |
| Alexandria, VA 22314 | 1620 Underwood St., NW |
| | Washington, DC 20012 |

                              /s/ Tracey M. Ohm
                              Tracey M. Ohm